USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/20/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Ali Sadr Hashemi Nejad.

                    Defendant.

18-cr-224 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court has received the declarations and exhibits that the Court ordered be submitted in its September 16, 2020 Opinion & Order, Dkt 379, along with letter requests to seal the declarations and/or accompanying exhibits.  The Court orders that any request to redact or seal the declarations and exhibits shall be filed on the public docket, with limited proposed and justified redactions if necessary, by October 23, 2020.  Any opposition to the application to seal shall be made by October 30, 2020, and any replies thereto shall be made by November 4, 2020. The briefing by the leadership of the United States Attorney's Office, which is due on October 30, 2020, shall be filed on the public docket unless the Court grants any proposed redactions. Any such request shall be filed on the public docket, with limited proposed and justified redactions if necessary.


          SO ORDERED.

Dated: October 20, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge